## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK NEWTON SPOTZ,** | : | Civil Action No. 3:06-CV-955 |
| | : | |
| **Petitioner,** | : | **(Judge Munley)** |
| | : | |
| **v.** | : | |
| | : | |
| **JEFFREY BEARD, Commissioner,** | : | **THIS IS A CAPITAL CASE** |
| **Pennsylvania Department of** | : | |
| **Corrections; LOUIS S. FOLINO,** | : | |
| **Superintendent of the State** | : | |
| **Correctional Institution at Greene;** | : | |
| **FRANKLIN J. TENNIS,** | : | |
| **Superintendent of the State** | : | |
| **Correctional Institution at Rockview,** | : | |
| | : | |
| **Respondents** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

### ORDER

**AND NOW**, to wit, this 24th day of September, 2015, in accordance with the

foregoing memorandum, it is hereby **ORDERED** that:

1. Petitioner's unopposed motion for a stay of federal proceedings
   pending resolution of federal-court challenge of conviction forming
   the basis for aggravation in this case (Doc. 90) is **GRANTED**.
   Litigation in this habeas corpus proceeding is **STAYED** pending final
   disposition of the federal court proceedings on Petitioner's Clearfield
   County conviction and sentence.

2. The stay of execution issued by the Court in the order of May 10,
   2006 (Doc. 3), shall **REMAIN IN EFFECT**.

3. Petitioner shall notify the Court within thirty (30) days from the time

of final disposition of the Clearfield County proceedings and request that the stay of litigation be vacated.

4.      Petitioner's motion for discovery (Doc. 72) is **DEFERRED** until further Order of Court.


                              **BY THE COURT:**


                              **s/James M. Munley**
                              **JUDGE JAMES M. MUNLEY**
                              **United States District Court**